# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Walter Cordell III

                V.                                     **JUDGMENT IN A CIVIL CASE**

James E. Tilton, Mark Quintanilla, Santos Sanchez, and Ronald Trujillo

                                      CASE NUMBER:    07cv0079 J (RBB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court adopts the R&R and grants Defendants' Motion to Dismiss and denies Plaintiff's Motion for Leave of Court to Amend, and dismisses with prejudice this action in its entirety.

| September 17, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON September 17, 2007 |

07cv0079 J (RBB)